Biven's Claim
5-23CV-136-B

I swear that the undergoing is true and correct and that it was written by the plaintiff under, Penalty of Perjury

signature [signed]

To whom it May Concern:

United States District Clerk handles Law Suits,

Lawsuit For Injury

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
JUN 27 2023
CLERK, U.S. DISTRICT COURT
By_____ Deputy

On this 14th day of June, 2023 Jonathan Lee Escubedo Sr. D.O.B- 6-4-87 SS# 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 come here and now before the United States Civil Court requesting the proper forms to move forward in sueing the Terry County Sheriff's Department, Terry County Jail for personal Injury, physical injury, and mental injury. A request on my behalf has been made on this same date to obtain the proper medical documents in proveing this claim.

A letter on my behalf was made on this above stated date to the Terry County Sheriff's Department, Brownfield, Texas, to obtain the medical records for the dates of November 26, 2020 through August 31, 2021.

In the time frame of these dates I Jonathan Escubedo, was incarcerated at the Terry County Jail, Brownfield, Texas where I recieved a physical infection causing bodily harm, damaged skin tissue, and the infection is re-accuring on more then one occasion. I have been incarcerated and cannot obtain counsel due to no income for this situation to be handled on behalf of myself, Jonathan Lee Escubedo Sr.

Enclosed you will find a copy of my financial statement and or Inmate trust fund account. Also enclosed you will find a copy of my financial obligation of child support earres in negative standings of more then $40,000.

On this the 14th day of June, 2023 I Jonathan Lee Escubedo Sr. wish to move forward in this matter and prey for relief in the ammount of 1.5 million dollars for all past, present, and future injuries aswell as, hospital stays and Doctor visits, medicine prescriptions and future loss of work employment, against the Terry County Jail, Brownfield, Texas and the Terry County Sheriff's Department, Brownfield, Texas. The former Captain and Shift Supervisors during the time frame of incident. If security footage has been removed or tampered with, a suit in that matter aswell

Bivens Claim

## Lawsuit for Injury U.S. Civil Court.

The reason for delay in this suit is that I, Jonathan Escobedo Sr. have been in Federal Custody, Transfers, no source of income for an attorney, and I have become aware of the remedy's I can exsaust after comeing to the solid conclusion that this injury/infection started at the Terry County Jail, Brownfield, Texas Correctional Facility. Also obtaining the proper medical records neccassary was difficult.

The correct and true medical records provided, along with the video footage from the county jail in Terry County, Brownfield, Texas will provide credible and sufficient evidence that this claim is valid and that this lawsuit holds incredible credit for relief in this matter.

The contact address for the victim/plaintiff in this matter is as follows,

Jonathan Lee Escobedo Sr.
Reg: No: 48119-177
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey

Thank You for takeing the time to assist the victim/plaintiff in this matter.

I swear that this document containing 2 pages in total is true and correct to the best of my knowledge under, Penalty of Purjery

x Jonathan Lee Escobedo Sr.    Sincerely,
plaintiff
                                _[signature]_
                                Signature.

The Texas Health Department was notified of sanitary issues and medical neglect before this incident. Then this incident occured. A request for mail log of incomeing mail to myself was also requested in the letter for request of medical record of this incident from the Terry County, Sheriff's Dept. and the Terry County Jail. Request made through U.S. mail 6/14/23.
Thank You for your time and assistance.

Jonathan Lee Escobedo Sr.
Reg No: 48119-177
Federal Correctional Institution
P.O. Box 420
Fairton, New Jersey 08320

SOUTH JERSEY NJ 080
20 JUN 2023 PM 5 L

Federal Building
United States Clerk for Bivens Claim
1205 Texas Ave Room 209
Lubbock, Texas 79401-4091



RECEIVED
JUN 27 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

79401-402759

FCI Fairton, P.O. Box 280, Fairton, NJ 08320
Date: 6/15/23

"The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has been neither opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification, if the writer encloses correspondence for forwarding to another addressee, please return the enclosure to the above address."