IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| JONATHAN LEE ESCOBEDO, SR., Institutional ID No. 48119-177, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 5:23-CV-136-BV |
| TERRY COUNTY JAIL, *et al.*, | § § § | |
| Defendants. | § | |

## JUDGMENT

It is **ORDERED** and **ADJUDGED** that Plaintiff's Amended Complaint and all claims alleged therein are **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

**SO ORDERED.**

Dated: November 15, 2024.

_____
AMANDA 'AMY' R. BURCH
UNITED STATES MAGISTRATE JUDGE